The U.S. District Court For Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEC 27 2007

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

Barbara M. Bush )
2169 Bonnie Lane )
Waldorf, MD 20601 )
    Plaintiff, )

RWT 07 CV 3481

v.

SallieMae, Inc. ) December 22, 2007
U.S.A. Funds )
P.O. Box 6180 )
MC 8357 )
Indianapolis, IN )
46206-6180  and )

Pioneer Credit )
Recovery, Inc. )
Collection Agency )
P.O. Box 158 )
Arcade, NY )
14009-0158  and )

MCM )
Dept. 12421 )
P.O. Box 12599 )
Oaks, PA 19456 )
    Defendants.

-1-

## Waiver of Filing Fee

(1) Plaintiff is poor and unemployed and cannot pay the filing fee in this instance. Please waive the fee and appoint a guardian ad litem pursuant to F.R.C.P. Rule 17(c).

## Jurisdiction and Venue

(2) Jurisdiction is original under the Higher Education Act of 1965, as amended, 20 U.S.C. 1028 and In-School Deferment Request, the Federal Family Education Loan Program. Venue is the

State of Maryland where plaintiff resides.

(3) On April 27, 2006, plaintiff was a full-time student at the University of Maryland University College (UMUC) at 3501 University Boulevard in Adelphi, Maryland.   On April 27, 2006, because of federal detainment conditions beyond plaintiff's control, plaintiff could not continue her higher education. The federal detainment lasted

-3-

for almost 19 months, until November 16, 2007. Under the deferment program, plaintiff was not required to make loan payments. Because plaintiff is innocent of the reason for federal detainment and had no control over the conditions and length of detainment, plaintiff is not obligated to make loan payments because plaintiff intends to continue her higher education and graduate.